**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **KATHERINE SEFERIN,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**TRANS UNION, LLC, et al.,**<br><br>    **Defendants.** | **Civil Action No. 2:25-cv-03257-KNS** |

**JOINT REQUEST FOR REFERRAL TO MAGISTRATE JUDGE
<u>FOR SETTLEMENT PURPOSES</u>**

Plaintiff Katherine Seferin and Defendants Trans Union, LLC, Experian Information Solutions, Inc., and Equifax Information Services LLC (the "Parties"), by and through their respective counsel, respectfully and jointly request this Honorable Court for an Order referring the Parties to a Magistrate Judge for a settlement conference. In support of this request, the Parties aver as follows:

1.    The Parties were informed that Magistrate Judge Elizabeth Hey retired from judicial service on May 1, 2026.

2.    As a result of Magistrate Judge Hey's retirement, the Parties wish to be referred to a new magistrate so that the Parties may schedule a settlement conference.

3.    This request is made in good faith and not for purposes of delay.

4.    All Parties concur in this request.

WHEREFORE, the Parties respectfully request that the Court grant their Joint Request for Referral to Magistrate Judge for Settlement Purposes.

Respectfully submitted,

/s/ Joseph L. Gentilcore
Joseph L. Gentilcore
FRANCIS MAILMAN SOUMILAS, PC
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: 215-735-8600
E: jgentilcore@consumerlawfirm.com
*Attorney for Plaintiff*

**CLARK HILL PLC**

/s/ Beatrice D. Segal
Beatrice Dolly Segal, Esquire
Two Commerce Square
Suite 2620
Philadelphia, PA 19103
215-640-8419
Email: bsegal@clarkhill.com

Stacy A. Orvetz, Esquire
Two Commerce Square
2001 Market Street
Suite 2620
Philadelphia, PA 19103
Email: sorvetz@clarkhill.com

*Counsel for Defendant*
*Equifax Information Services LLC*

/s/ Jayme C. Bronson
Jayme C. Bronson, Esq.
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place 50 S. 16th Street, Suite
3200 Philadelphia, PA 19102-2555
Telephone: (215) 665-8700
E-Mail: jayme.bronson@bipc.com
*Attorney for Defendant*
*Trans Union, LLC*

/s/Mohammad A. Ghiasuddin
Mohammad A. Ghiasuddin, Esquire
MARGOLIS EDELSTEIN
170 S. Independence Mall W. Suite 400E
Philadelphia, PA 19106
Telephone: (215) 931-5802
mghiasuddin@margolisedelstein.com
*Attorney for Defendant*
*Experian Information Solutions, Inc.*