**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATHERINE SEFERIN, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 25-3257 |
| v. ) | |
| ) | |
| TRANS UNION LLC;  et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

Kindly enter the appearance of Amy Koss on behalf of Defendant Experian Information Solutions, Inc. in the above-captioned matter.

Dated: June 1, 2026                              Respectfully submitted,

GOODWIN PROCTER LLP

*s/ Amy Koss*
Amy Koss (PA Bar No. 333237)
3025 John F. Kennedy Boulevard
8th Floor
Philadelphia, PA 19104
Tel.: (445) 207-7800
AKoss@goodwinlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Amy Koss, hereby certify that on the 1st day of June, 2026, I caused the foregoing document to be served on all counsel of record via CM/ECF. This document shall be available for viewing and downloading from the ECF system.

*/s/ Amy Koss*
Amy Koss
