**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **SEFERIN** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **TRANS UNION, LLC et al** | : | **NO.: 25-cv-3257** |
| | : | |

**O R D E R**

**AND NOW**, this **2ⁿᵈ** day of **JUNE 2026**, in accordance with the court's procedure

for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating

basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned

case is <u>Magistrate (Caroline Goldner Cinquanto).</u> If the District Judge deems referral appropriate,

a separate referral order, specifying the reason for referral, will be issued by the District Court

Judge.


**FOR THE COURT:**


**WENDY BEETLESTONE**
**Chief Judge**


**ATTEST:**


 /s/George Wylesol
**GEORGE WYLESOL**
**Clerk of Court**