**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KATHERINE SEFERIN** | : | |
| | : | |
| *Plaintiff(s)* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 25-3257** |
| | : | |
| **TRANS UNION, LLC et al** | : | |
| *Defendant(s)* | : | |
| | : | |
| | : | |

## <u>STATUS CONFERENCE NOTICE</u>

Please be advised that a **STATUS CONFERENCE** in the above-captioned case is scheduled to be held on **JULY 6, 2026,** at **1:30 p.m.** *via* **telephone** before the Honorable Kai N. Scott, at 601 Market Street, Philadelphia, PA 19106.

Parties are instructed to dial into **267 817 5858** using code **977 262 924#** to be connected with the Judge.

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office should appear at the conference.

Counsel must coordinate to complete the attached Status Report and email a joint completed report to Chambers_of_Judge_Kai_Scott@paed.uscourts.gov five (5) business days prior to the status conference.

Failure to comply with this directive may result in the imposition of sanctions.

The conference will be continued to another date only in exceptional cases.

*s/Tayai Lester*
**TAYAI LESTER**
Judicial Assistant to the
HONORABLE KAI N. SCOTT
United States District Court Judge

**Date: June 10, 2026**
**Copies sent via ECF notification.**