# FRANCIS·MAILMAN·SOUMILAS

CONSUMER LAW FIRM                                    P.C.

June 12, 2026

**Via CM/ECF**
The Honorable Kai N. Scott
13613 U.S. Courthouse
Courtroom 13-B
601 Market Street
Philadelphia, PA 19106

>          **Re: Seferin v. Trans Union, LLC et al 2:25-CV-03257**

Dear Judge Scott:

    I am writing to inform the Court that Plaintiff has reached settlements with Defendant Trans Union, LLC ("Trans Union") and Defendant Equifax Information Services LLC ("Equifax") in the above-referenced matter. Plaintiff therefore respectfully requests that the Court issue an Order pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure dismissing all claims as to Trans Union and Equifax. Experian Information Solutions, Inc. is the only remaining defendant in this matter.

                    Respectfully Submitted,

                    **FRANCIS MAILMAN SOUMILAS, P.C.**


                    */s/ Joseph L. Gentilcore*
                    JOSEPH L. GENTILCORE


JLG/sjm

cc:     All counsel of record (*Via CM/ECF*)

1600 MARKET STREET | SUITE 2510 | PHILADELPHIA, PA 19103
P 215.735.8600 | F 215.940.8000
WWW.CONSUMERLAWFIRM.COM | WWW.CREDITREPORTPROBLEMS.COM