## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHERINE SEFERIN** | : | |
| *Plaintiff(s)* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 25-3257** |
| | : | |
| **TRANS UNION, LLC et al** | : | |
| | : | |
| *Defendant(s)* | : | |

### NOTICE OF DISMISSAL OF *DEFENDANT*

**AND NOW**, this **12th** day of **JUNE 2026**, having been reported that the issues between Plaintiff and ***TRANS UNION have*** been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(a) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that this action is **DISMISSED** with prejudice, as to ***TRANS UNION only***, with each party to bear its own costs and attorneys' fees.

/S/ Kai N. Scott
_____
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**