**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KATHERINE SEFERIN | : | |
| *Plaintiff(s)* | : | |
| | : | |
| **v.** | : | **CIVIL NO. 25-3257** |
| | : | |
| EQUIFAX INFORMATION SERVICES, LLC. | : | |
| | : | |
| *Defendant(s)* | : | |

### NOTICE OF DISMISSAL OF *DEFENDANT*

**AND NOW**, this **12th** day of **JUNE 2026**, having been reported that the issues between Plaintiff and *EQUIFAX INFORMATION SERVICES, LLC. have* been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(a) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that this action is **DISMISSED** with prejudice, as to *EQUIFAX INFORMATION SERVICES LLC. only*, with each party to bear its own costs and attorneys' fees.

_/S/ Kai N. Scott_
**HONORABLE KAI N. SCOTT**
**United States District Court Judge**