# FRANCIS·MAILMAN·SOUMILAS

CONSUMER LAW FIRM                                                    P.C.

June 25, 2026

*Via CM/ECF*
The Honorable Kai N. Scott
13613 U.S. Courthouse
Courtroom 13-B
601 Market Street
Philadelphia, PA 19106

   *Re: Seferin v. Trans Union, LLC et al 2:25-CV-03257*

Dear Judge Scott:

   I am writing to inform the Court that Plaintiff has reached a settlement with Defendant Experian Information Solutions, Inc. ("Experian") in the above-referenced matter. Plaintiff therefore respectfully requests that the Court issue an Order pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure dismissing all claims as to Experian. All claims against all defendants in this matter have now been resolved.


                         Respectfully Submitted,

                         **FRANCIS MAILMAN SOUMILAS, P.C.**


                         */s/ Joseph L. Gentilcore*
                         JOSEPH L. GENTILCORE


JLG/sjm

cc:    All counsel of record (*Via CM/ECF*)

1600 MARKET STREET | SUITE 2510 | PHILADELPHIA, PA 19103
P 215.735.8600 | F 215.940.8000
WWW.CONSUMERLAWFIRM.COM | WWW.CREDITREPORTPROBLEMS.COM