**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KATHERINE SEFERIN** | **:** | |
| | **:** | |
| | **:** | |
| | **:** | |
| *Plaintiff(s)* | **:** | |
| | **:** | |
| **v.** | **:** | **CIVIL NO. 25-3257** |
| | **:** | |
| | **:** | |
| | **:** | |
| **EXPERIAN INFORMATION SOLUTIONS, INC.** | **:** | |
| | **:** | |
| *Defendant(s)* | **:** | |

## AMENDED HEARING NOTICE

The **STATUS CONFERENCE** previously scheduled for **JULY 6, 2026, at 1:30 p.m. via telephone** has been **CANCELLED** before the **Honorable Kai N. Scott**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.


*s/Tayai Lester*

**TAYAI LESTER**
Judicial Assistant, to the
Honorable Kai N. Scott
United States District Court Judge


**Date of Notice: June 26, 2026**
**Copies sent via ECF notification**