## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHERINE SEFERIN | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| *Plaintiff(s)* | : **CASE NO. 25-3257** |
| | : |
| v. | : |
| | : |
| EXPERIAN INFORMATION SOLUTIONS, INC. | : |
| | : |
| *Defendant(s)* | |

## O R D E R

**AND NOW,** this **26ᵗʰ** day of **JUNE 2026,** having been reported that the issues among the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, with each party to bear its own costs and fees.

**BY THE COURT:**

*/S/ Kai N. Scott*

**HONORABLE KAI N. SCOTT**
**United States District Court Judge**